**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-6919**

RICHIE LEO WILLIAMS,

       Plaintiff - Appellant,

    v.

GORDON F. WILLIS, Circuit Court Judge; TARA BETH COLEMAN, Attorney; FREDERICKSBURG CIRCUIT COURT; KEVIN D. GROSS, Assistant Commonwealth Attorney; KING GEORGE COMMONWEALTH ATTORNEY'S OFFICE,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:17-cv-00173-CMH-IDD)

Submitted: September 28, 2017           Decided: October 3, 2017

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richie Leo Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richie Leo Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Willis*, No. 1:17-cv-00173-CMH-IDD (E.D. Va. June 30, 2017). We also deny Williams' motions to correct the record and to amend the complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*